IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KEVIN A. REYNOLDS, #178452**                      **PLAINTIFF**

**VS.**                      **CIVIL ACTION NO. 1:16cv285-HSO-JCG**

**ANTHONY BEASLEY**                      **DEFENDANT**

## WAIVER OF THE SERVICE OF SUMMONS

TO: Clerk of Court

I and the party I represent have received the Court's request to waive service of a summons in this action along with a copy of the complaint and a copy of this waiver form.

The party I represent agrees to save the expense of serving a summons and Complaint in this case.

I and the party I represent understand that the party will keep all defenses or objections to the lawsuit, the Court's jurisdiction, and the venue of the action, but that the party waives any objections to the absence of a summons or of service.

I and the party I represent understand that the party must file and serve an answer or other motion under Rule 12 within 60 days from the date when this request was sent.

This, 25th day of October, 2016.

                               **ANTHONY BEASLEY, DEFENDANT**

                               **JIM HOOD, ATTORNEY GENERAL**
                               **STATE OF MISSISSIPPI**

                               **BY: BENNY M. MAY**

                               */s/ Benny M. May*

Office of the Attorney General
Civil Litigation Division
Post Office Box 220
Jackson, Mississippi 39205
Telephone: (601)359-3522
Facsimile: (601) 359-2003
E-mail: bemay@ago.state.ms.us