# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**KEVIN A. REYNOLDS**                                                   **PLAINTIFF**

**v.**                                       **CIVIL ACTION NO. 1:16-cv-285-JCG**

**ANTHONY BEASLEY** *in his Official*
*and Individual Capacities*                                       **DEFENDANT**

## FINAL JUDGMENT OF DISMISSAL

In accordance with the Court's Memorandum Opinion and Order entered on March 23, 2018 dismissing with prejudice Plaintiff's claims against Defendant Anthony Beasley, this civil action should be dismissed with prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is dismissed with prejudice as to all parties.

**SO ORDERED** this the 23rd day of March, 2018.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE